

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00595-CV

SHARON STEDMAN, INDIVIDUALLY AND THE ESTATE OF BETTY VALLNER, DECEASED
v.
STEVEN DE PAZ

On Appeal from the
53rd District Court of Travis County, Texas
Trial Cause No. D-1-GN-99-003174

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 2, 2015